No. 128. Misc. VETTERLI *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the District Court for resentencing without taking into consideration defendant's failure to testify. *Robert W. Kenny* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Robert W. Ginnane* and *Robert G. Maysack* for the United States.

No. 6, Original. UNITED STATES *v.* CALIFORNIA. The report of the Special Master dated October 14, 1952, is received and ordered filed. Exceptions, if any, to the Report of the Special Master may be filed by the parties on or before January 9, 1953. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this question.

No. 238. NATIONAL LABOR RELATIONS BOARD *v.* GAMBLE ENTERPRISES, INC. Certiorari, 344 U. S. 814, to the United States Court of Appeals for the Sixth Circuit. The motion of Local No. 24, American Federation of Musicians, for leave to intervene is denied. *Henry Kaiser, Gerhard P. Van Arkel* and *Eugene Gressman* were on the motion to intervene.